**Opinion issued January 16, 2025**



In The

# Court of Appeals

For The

## First District of Texas

_____

### NO. 01-24-00664-CV

_____

**CENTERPOINT ENERGY RESOURSES CORP., Appellant**

**V.**

**JANNELLY MARTNEZ, Appellee**

**On Appeal from the 125th District Court**
**Harris County, Texas**
**Trial Court Case No. 2019-58870**

## MEMORANDUM OPINION

Appellant, CenterPoint Energy Resources Corp., has filed an unopposed motion for voluntary dismissal of this appeal. No opinion has issued in this appeal. Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss any other pending motions as moot.

## PER CURIAM

Panel consists of Justices Guerra, Caughey, and Morgan.